BRENDA H. ENTZMINGER
Nevada Bar No. 9800
BETH A. COOK
Nevada Bar No. 9928
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
bentzminger@psalaw.net
bcook@psalaw.net

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANNY YEDID,<br><br>  Plaintiff,<br>v.<br><br>WAL-MART STORES, INC., DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>  Defendants. | Case No.: 2:16-cv-02144-JCM-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 24th day of October, 2016.

RICHARD HARRIS LAW FIRM

/s/ #13348
Seth Little, Esq.
801 S. Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*
*Danny Yedid*

DATED this 24th day of October, 2016.

PHILLIPS, SPALLAS & ANGSTADT

/s/ Beth A. Cook
Beth A. Cook, Esq.
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 928-1510
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED October 25, 2016.

_____
UNITED STATES DISTRICT JUDGE